O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALARIE SALAZAR,<br><br>          Plaintiff,<br><br>     v.<br><br>US BANK N.A., et al.,<br><br>          Defendants. | Case No. EDCV 13-01804-JGB (OPx)<br><br>**JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Plaintiff filed her Complaint in state court on September 3, 2013, and Defendants removed the action on October 3, 2013.  (Not. of Removal, Doc. No. 1.) Defendant US Bank NA moved to dismiss the Complaint on November 1, 2013.  (Doc. No. 6.)  On November 21, 2013, the Court granted the motion to dismiss because Plaintiff failed to oppose, and dismissed US Bank NA from the Complaint.  (Doc. No. 11.)

Since filing this action, Plaintiff has not prosecuted her claims against the remaining Defendant Clear Recon Corp.  On December 18, 2013, the Court

1  ordered Plaintiff to show cause in writing by December
2  30, 2013 why the matter should not be dismissed for
3  failure to prosecute as to Defendant Clear Recon Corp.
4  (Doc. No. 12.)  The Court put Plaintiff on notice that
5  failure to respond to the order would be deemed consent
6  to the dismissal of the remaining Defendant in this
7  action pursuant to Federal Rule of Civil Procedure 41(b)
8  and Link v. Wabash R. Co., 370 U.S. 626 (1962).  (Id.)
9  As of the date of this Order, Plaintiff has not responded
10 to the order to show cause, nor has she prosecuted the
11 action against the remaining Defendant.
12     Accordingly, the Court DISMISSES Plaintiff's
13 Complaint WITHOUT PREJUDICE.  The Court orders that such
14 judgment be entered.

Dated: January 3, 2014

JESUS G. BERNAL
United States District Judge